**Electronically Filed
Supreme Court
SCWC-16-0000014
26-APR-2018
08:03 AM**

SCWC-16-0000014

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DEWITT LONG, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000014; CR. NO. 12-1-1613)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Ochiai, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on March 16, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 26, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Dean E. Ochiai

